ATWATER et al., Respondents, v. CALHOUN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Jason G. Atwater and another against John W. Calhoun. No opinion. Judgment and order affirmed, with costs.

BACHMANN v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Emil Bachmann against the Union Railway Company. No opinion. Motion denied, with $10 costs. Order filed.

BACHMANN, Appellant, v. UNION RY. OF NEW YORK., Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Emil Bachmann against the Union Railway Company of New York. A. P. Wagener, for appellant. B. H. Ames, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed. See, also, 111 N. Y. Supp. 586.

LAUGHLIN, J., dissents.

BALDWIN, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Catherine Baldwin, as administratrix, etc., of Thomas Baldwin, deceased, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

BANES v. RAINEY. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Samuel T. Banes against Roy A. Rainey, as executor. No opinion. Motion denied, with $10 costs. Order filed.

BANQUE COMMERCIALE, Respondent, v. ROBERT B. MacLEA CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by the Banque Commerciale against the Robert B. MacLea Company. A. L. Davis, for appellant. H. L. Gray, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BARBER v. ELLINGWOOD (two cases). (Supreme Court, Appellate Division, First Department. March 12, 1909.) Actions by Clarence L. Barber against Charles H. Ellingwood. No opinions. Motions denied, with $10 costs. Orders filed.

BARNES, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Grace E. Barnes against the New York City Railway Company. B. H. Ames, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,500, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

BARTLETT, Respondent, v. HUNTER ARMS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Frank W. Bartlett against the Hunter Arms Company. No opinion. Judgment and order affirmed, with costs.

In re BASHFORD. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) In the matter of the judicial settlement of the accounts of James D. Bashford, as county treasurer of Wayne county, as temporary administrator, etc., of Anna Elizabeth McKenzie, deceased.

PER CURIAM. Decree modified, by reducing the commissions of the temporary administrator to the sum of $1,764.31, and directing him to refund and pay over to the executors of the estate the sum of $1,764.31, with interest thereon from June 6, 1907, and, as so modified, the decree is affirmed, with costs to appellants against the respondent personally.

BATTAGLIA, Appellant, v. NEW YORK CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Joseph Battaglia, as administrator, against the New York Contracting Company. T. J. O'Neill, for appellant. J. C. Toole, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BAUMGARTEN, Respondent, v. BLUE RIBBON GARAGE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Emile Baumgarten against the Blue Ribbon Garage Company. P. A. Brown, for appellant. J. L. Hill, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BAUSCHER et al., Appellants, v. ABUKALIL, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by August Bauscher and another against Gabriel Abukalil. G. J. Sproull, for appellants. G. D. Lamb, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BECK, Appellant, v. McLANE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1909.) Action by Michael J. Beck against James McLane. No opinion. Motion for leave to appeal to Court of Appeals granted. See, also, 114 N. Y. Supp. 44.

BECKER, Respondent, v. HART et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Josephine Becker against Frieda Hart and another. No opinion. Motion for reargument granted, and case set down for Tuesday, May 4, 1909. See, also, 129 App. Div. 511, 113 N. Y. Supp. 1053.

BEECKMAN, Respondent, v. HERRING, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action

by Thomas H. Beeckman against Anna Herring. No opinion. Judgment and order affirmed, with costs.

BEMIS et al. v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Solomon K. Bemis and another against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BERGEN, Appellant, v. BROOKLYN REALTY TRADING CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Jerome L. Bergen against the Brooklyn Realty Trading Company. No opinion. Motion denied.

BERGEN, Appellant, v. MIDWOOD PARK CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Jerome L. Bergen against the Midwood Park Company. No opinion. Motion denied.

BERGEN, Respondent, v. SEGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Joseph L. Bergen against George N. Seger. No opinion. Judgment of the Municipal Court affirmed, with costs.

BJORK & BACK CONST. CO., Respondent, v. MARRO, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Bjork & Back Construction Company against Clemente Marro. No opinion. Motion denied, on condition that the appellant·perfect his appeal forthwith, and cause to be placed at the foot of the present calendar; otherwise, motion granted, with $10 costs.

BLAKE v. SHOEMAKER. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by John B. Blake against Emma Shoemaker. No opinion. Motion denied.

BLANTHORNE, Respondent, v. WELSCHECK et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Lewis Blanthorne against Ferdinand Welscheck and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re BLIVEN. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of William W. Bliven for license and admission to practice as an official examiner of title. With this case has been consolidated in this court cases bearing titles as follows: In re Walter L. Durack; In re Michael E. Finnigan; In re Albert F. Gescheidt, Jr.; In re Percy L. Housel; In re James P. Collins. No opinions. In each of these cases the bonds must be made to conform to the requirements of the special rule, adopted by this department March 14, 1909, relating thereto.

BLOND, Appellant, v. BLOND, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Anna Blond against Meyer Blond. I. N. Jacobson, for appellant. No opinion. Order affirmed. Order filed.

BLUM, Appellant, v. HILTL, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Ernst Blum against George Hiltl. Hilquit & Hilquit, for appellant. R. M. Martin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BOGART, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Mary C. Bogart, as administratrix of John Bogart, deceased, against the city of New York. No opinion. Order reversed on argument, with $10 costs and disbursements. and motion denied, with $10 costs. See, also, 128 App. Div. 139, 112 N. Y. Supp. 549.

BOLTON, Respondent, v. BOLTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by James H. Bolton against Tillie J. Bolton. No opinion. Judgment and order affirmed, with costs.

BOOM, Respondent, v. HERALD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by George Boom against the Herald Company. No opinion. Order affirmed, with $10 costs and disbursements.

BOOM, Respondent, v. POST–STANDARD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by George Boom against the Post-Standard Company. No opinion. Order affirmed, with $10 costs and disbursements.

BORGIA MARBLE WORKS, Appellant, v. ARCULEO et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Borgia Marble Works against Agostino Arculeo and others. No opinion. Judgment affirmed, with costs.

BORGIA MARBLE WORKS, Appellant, v. LOTARDO et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Borgia Marble Works against Rosalia Lotardo and others. No opinion. Judgment affirmed, with costs.

BOMBARD, Respondent, v. VILLAGE OF NYACK, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Alphonse Bombard against the village of Nyack. No opinion. Judgment and order unanimously affirmed, with costs.